**SO ORDERED.**

**SIGNED this 4 day of December, 2015.**



*Austin E. Carter*
**Austin E. Carter**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : |
| ALAN DEAN JUSTICE and<br>CHERYL DENISE JUSTICE, | : CHAPTER 7<br>: CASE NO. 11-53004 |
| Debtors | : |
| ALAN DEAN JUSTICE and | : ADVERSARY PROCEEDING<br>: CASE NO. 15-05010 |
| Plaintiff | : |
| v. | : |
| GATEWAY/75, LLC; SCOTT THOMPSON; DAVID THOMPSON; and POPLAR PARTNERS, LLLP, | : |
| Defendants | : |

### ORDER ON PLAINTIFF'S DISMISSAL OF DEFENDANT
### POPLAR PARTNERS, LLLP WITHOUT PREJUDICE

UPON the Plaintiff's Dismissal Of Defendant Poplar Partners, LLLP Without Prejudice, and for cause shown, it is

ORDERED that Defendant Poplar Partners, LLLP is hereby DISMISSED.

END OF DOCUMENT

KATZ, FLATAU & BOYER, L.L.P.
WESLEY J. BOYER
State Bar No. 073126
Attorney for Debtors/Plaintiff
355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481
wes@wesleyjboyer.com